United States Bankruptcy Court
District of Maryland

In re:                                                              Case No. 13-22893-TJC
Rachelle Saguwa Akuffo                                              Chapter 13
        Debtor                          **CERTIFICATE OF NOTICE**

District/off: 0416-0        User: mburkhart         Page 1 of 2           Date Rcvd: Aug 13, 2013
                            Form ID: pdfall         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2013.
db            +Rachelle Saguwa Akuffo,    12001 Lafayette Court,   Silver Spring, MD 20902-2130
28247938      +BWW Law Group, LLC,    4520 East West Highway, Suite 200,    Bethesda, MD 20814-3382
28247937      +BWW Law Group, LLC,    8100 Three Chopt Rd.,,   Suite 240,   Henrico, VA 23229-4833
28247939      +Columbia School of Broadcasting, Inc.,    301 Maple Ave W,    Vienna, VA 22180-4301
28248026      +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
                Baltimore, MD 21201-2305
28247940      +Daymon Crawford,    49 Watkins Park Drive,   Upper Marlboro, MD 20774-1627
28247941      +Long Fence Company,    8545 Edgeworth Drive,   Capitol Heights, MD 20743-3790
28247942      +MGC Mortgage, Inc.,    7195 Dallas Parkway,   Plano, TX 75024-4922
28248025      +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
                Baltimore, MD 21201-2201
28248027      +Taxing Authority of Montgomery County,    Division of Treasury,    255 Rockville Pike, Ste. L-15,
                Rockville, MD 20850-4188
28264891     ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court: Wells Fargo Dealer Services,      P.O. Box 19657,
                Irvine, CA 92623-9657)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: ustpregion04.gb.ecf@usdoj.gov Aug 13 2013 19:51:10     Office of the U.S. Trustee,
                6305 Ivy Lane,   Suite 600,   Greenbelt, MD 20770-6305
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2013**                   **Signature:**       _Joseph Speetjens_

```
District/off: 0416-0           User: mburkhart              Page 2 of 2                  Date Rcvd: Aug 13, 2013
                               Form ID: pdfall              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2013 at the address(es) listed below:
         Adam Brown Ross    rbrbankruptcy@gmail.com
                                                                                                                              TOTAL: 1

**SO ORDERED**
**The hearing shall be held on August 26, 2013 at 10:00 am**



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   13–22893 – TJC     Chapter:   13**

Rachelle Saguwa Akuffo
12001 Lafayette Court
Silver Spring, MD 20902

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO EXTEND AUTOMATIC STAY

The debtor(s) having filed a motion to extend automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to extend automatic stay will be held on the date and time set forth above, in Courtroom 3–E, Greenbelt.

cc:   Debtor(s)
      Attorney for Debtor(s) – Adam Brown Ross
      Chapter 13 Trustee – Nancy Spencer Grigsby
      U.S. Trustee
      All Creditors

## End of Order

37.4 – *mburkhart*