```
                        United States Bankruptcy Court
                             District of Maryland
In re:                                                   Case No. 13-22893-TJC
Rachelle Saguwa Akuffo                                   Chapter 13
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0416-0          User: mburkhart            Page 1 of 2            Date Rcvd: Aug 14, 2013
                              Form ID: pdfparty          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2013.
db            +Rachelle Saguwa Akuffo,    12001 Lafayette Court,    Silver Spring, MD 20902-2130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0416-0          User: mburkhart             Page 2 of 2              Date Rcvd: Aug 14, 2013
                              Form ID: pdfparty           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2013 at the address(es) listed below:
         Adam Brown Ross    rbrbankruptcy@gmail.com

TOTAL: 1

**Signed: August 13, 2013**
**SO ORDERED**
**Deadline: August 27, 2013**



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:**   **Case No.:**  13–22893 – TJC    **Chapter:**  13

Rachelle Saguwa Akuffo
12001 Lafayette Court
Silver Spring, MD 20902

## NOTICE AND ORDER EXTENDING TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS, SCHEDULES, AND/OR CHAPTER 13 PLAN, STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME
### (for individual debtor(s))

The Debtor(s)' motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file **the Statement of Financial Affairs, Schedules, and Chapter 13 Plan, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income** is extended to the date designated above; and it is further

ORDERED, that when they are filed, the Debtor(s) shall (1) certify service on all creditors of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of **the Statement of Financial Affairs, Schedules, Chapter 13 Plan, Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income**; and

DEBTOR(S) IS/ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:  Debtor(s)
    Attorney for Debtor(s) – Adam Brown Ross
    Chapter 13 Trustee – Nancy Spencer Grigsby

## End of Order

22.3 – *mburkhart*