IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| In re: | * | |
| RACHELLE SAGUWA AKUFFO | * | Case No.: 13-22893 |
| | | Chapter 13 |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS
CHAPTER 13 CASE UNDER SECTION 1307(b)**

The Debtor, Rachelle Saguwa Akuffo, represents as follows:

1. That this chapter 13 case has not been converted to chapter 13 from another chapter of Title 11.

2. That under 11 U.S.C. Section 1307(b), a Debtor is entitled to have her chapter 13 case dismissed at any time. The Debtor, by this motion, moves that such case be dismissed.

3. That a copy of this motion has been sent, via first-class mail, postage prepaid, on this date, to the chapter 13 Trustee administering this case.

**WHEREFORE**, the Debtor moves this Court to enter an order dismissing this case and closing the estate as provided by law.

Respectfully submitted,

/s/ Adam B. Ross
Adam B. Ross, Fed. Bar No. 28782
***The Law Offices of Richard B. Rosenblatt, PC***
30 Courthouse Square, Suite 302
Rockville, Maryland  20850
(301) 838-0098

*Attorney for Debtor, Rachelle Saguwa Akuffo*

**CERTIFICATE OF SERVICE**

       I CERTIFY that on that on August 23, 2013, I served a copy of the Motion to Voluntarily Dismiss Chapter 13 Case under Section 1307(b) electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first-class mail, postage prepaid, on:

Chapter 13 Trustee

Debtor

                                                /s/ Adam B. Ross  
                                                Adam B. Ross